IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00889-MSK-CBS

ANGELA D. ADAMS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,
HARRY "DOE", whose true name is unknown,
FRANK "DOE", whose true name is unknown, and
MATTHEW WAZOWSKI, whose true name is unknown,

    Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulated Motion to Dismiss with Prejudice **(#15)** and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED 28th day of September, 2005.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge